CATHERINE E. MATTHEWS, APPELLANT, v. OTIS ELEVA-
TOR COMPANY ET AL., RESPONDENT.

Submitted October 29, 1943—Decided April 20, 1944.

For the appellant, *Robert H. Maida.*

For the respondent, *Cox & Walburg.*

The judges being equally divided on the question as to whether the judgment should be reversed, the judgment is affirmed solely because of such division which renders any opinion by the court impossible.

Per Curiam.

The judgment under review is affirmed by an equally divided court.

*For affirmance*—The Chancellor, Parker, Case, Bodine, Porter, Colie, Dear, Wells, JJ. 8.

*For reversal*—The Chief Justice, Donges, Heher, Perskie, Rafferty, Hague, Thompson, Dill, JJ. 8.